| In re | 2010 TSPR 182 |
|---|---|
| Edgardo Zapata Torres | 179 DPR ____ |

Número del Caso: TS-9585

Fecha: 18 de agosto de 2010

Abogado de la Parte Peticionaria:

Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Edgardo Zapata Torres

TS-9585

Sala de Verano integrada por el Juez Presidente señor Hernández Denton, la Jueza Asociada señora Pabón Charneco y el Juez Asociado señor Kolthoff Caraballo.

RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de agosto de 2010.

Examinada la *Moción Solicitando Reinstalación como Abogado* presentada en el caso de epígrafe, se reinstala al Sr. Edgardo Zapata Torres al ejercicio de la abogacía. Además, se le informa que se activará la queja AB-2006-251 que tiene pendiente en este Tribunal. Por esto, dentro del término de veinte (20) días contados a partir de la notificación de esta Resolución, se ordena que se exprese sobre el Informe de la Procuradora General con relación a la queja pendiente.

Se le apercibe al señor Zapata Torres, que de incumplir con lo aquí ordenado, se le podrá suspender indefinidamente del ejercicio de la abogacía.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo